JENNIE D. KUIKEN, PLAINTIFF-APPELLANT, v. A. GROVER SIMONDS AND MARY M. SIMONDS, INDIVIDUALLY AND AS EXECUTORS UNDER THE LAST WILL AND TESTAMENT OF CHARLES SIMONDS, DECEASED, ET AL., DEFENDANTS-RESPONDENTS.

Superior Court of New Jersey
Appellate Division

Argued March 21, 1949—Decided June 8, 1949.

Before Judges McGeehan, Donges and Colie.

Mr. *Peter Hofstra* (Mr. *Joseph J. De Luccia,* attorney; Mr. *Robert Walter,* on the brief) argued the cause for the plaintiff-appellant.

Mr. *William W. Evans* (Messrs. *Evans, Hand & Evans,* attorneys; Mr. *William Tulenko,* on the brief) argued the cause for the defendants-respondents A. Grover Simonds and Mary E. Simonds, individually and as executors, Charlotte Simonds, Charles Edgar Simonds, Hazel Simonds, Raymond Forshee, Louise Ramsey, Harold Ramsey, Alice Bolster, David

Bolster, Robert Forshee, Emily Forshee, Elizabeth Buss, Carl Buss, Helen Korkoian, Edward Korkoian, Marion Daley and George J. Daley.

*Mr. J. Mortimer Rubenstein (Mr. Milton Schamach,* attorney) argued the cause for the respondent.

PER CURIAM. ■ The judgment appealed from is affirmed for the reasons expressed in the opinion of Judge Grimshaw, in the Chancery Division of the Superior Court, with the addition that the plaintiff's prayer, as a part owner, for an accounting fell with the denial of the partition.